McINERNEY *v.* MYROLD

Appeal from Court of Appeals, Division 1, Fitz-gerald, P. J., and J. H. Gillis and O'Hara, JJ., reversing Wayne, Joseph G. Rashid, J. Submitted June 9, 1971. (No. 7 June Term 1971, Docket No. 52,980.) Decided August 27, 1971.

23 Mich App 748 affirmed.

Complaint by Francis McInerney against Albert E. Myrold, Charles Hadder, Edward W. Ackerman, and Bill Henderson's Eastgate Chrysler Plymouth, Inc., for damages for injuries sustained in an auto-mobile collision. Motion by Bill Henderson's East-gate Chrysler Plymouth, Inc., to quash service of process. Denied. Defendant corporation appealed to Wayne Circuit Court. Affirmed. Defendant cor-poration appealed to the Court of Appeals. Re-versed. Plaintiff appeals. Affirmed.

*Dee Edwards,* for plaintiff.

*Sugar, Schwartz, Silver, Schwartz & Tyler* (by *Donna M. Beck* and *Lawrence Warren*), for defend-ant Bill Henderson's Eastgate Chrysler Plymouth, Inc.

PER CURIAM. Upon review and consideration at conference of the oral arguments of respective counsel, the opinion of Division 1 (*McInerney* v.

*Myrold* [1970], 23 Mich App 748) is ordered adopted as the opinion of this Court.

Affirmed. Costs to appellee-defendant Bill Henderson's Eastgate Chrysler Plymouth, Inc.

T. M. Kavanagh, C. J., and Black, Adams, T. E. Brennan, T. G. Kavanagh, Swainson, and Williams, JJ., concurred.